UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHELLE TAIL,<br>a/k/a Michelle Tayle,<br><br>  Defendant. | CR 5:23-cr-50174<br><br>REDACTED INDICTMENT<br><br>Assault on a Federal Officer<br>(18 U.S.C. §§ 111(a)(1) and (b)) |

The Grand Jury charges:

Count I

On or about September 9, 2023, at Batesland, in the District of South Dakota, the defendant, Michelle Tail, a/k/a Michelle Tayle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Oglala Sioux Tribe Department of Public Safety Officer Ty'Leigha Takes The Knife, while Officer Takes The Knife was employed as a law enforcement officer by the Oglala Sioux Tribe Department of Public Safety, pursuant to 25 U.S.C. § 2804, and used a deadly or dangerous weapon to threaten Officer Takes The Knife in order to avoid her arrest or apprehension, while Officer Takes The Knife was engaged in the performance of her official duties, all in violation of 18 U.S.C. §§ 111(a)(1) and (b).

## Count II

On or about September 9, 2023, at Batesland, in the District of South Dakota, the defendant, Michelle Tail, a/k/a Michelle Tayle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Oglala Sioux Tribe Department of Public Safety Highway Safety Lieutenant Tanner Hicks, a Lieutenant with OSTDPS Highway Safety, employed by the Oglala Sioux Tribe Department of Public Safety, pursuant to 25 U.S.C. § 2804, and engaged in acts involving physical contact with Lieutenant Hicks, while Lieutenant Hicks was engaged in the performance of his official duties, all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____